FILED 

OCT 20 2017

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN HANLEY BRIGHT WINGS,<br><br>Defendant. | CR 12-116-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, Justin Hanley Bright Wings is hereby released from the custody of the U.S. Marshals Service.

DATED this 20th day of October, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1